**Phillip CLINE, Plaintiff–Appellant,**

v.

**D.J. HARMON, Acting Warden; Mike Snow, Unit Manager; Mr. Thompson; Dr. Dominick McLain, D.O.; Federal Bureau of Prisons, All in their official and individual capacities, Defendants–Appellees.**

No. 13–6011.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 28, 2013.

Phillip Cline, Appellant Pro Se. Stephen Michael Horn, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Cline appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Cline's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cline v. Harmon,* No. 5:11–cv–00870, 2012 WL 6599790 (S.D.W.Va. Dec. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*